**Victor FUENTES, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 09–70482.**

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2012.*

Filed May 25, 2012.

Victor Fuentes, Glendale, AZ, pro se.

OIL, Katharine Clark, Esquire, Trial, Tim Ramnitz, Trial, DOJ–U.S. Department of Justice, Washington, DC, Ronald

E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, GRABER, and M. SMITH, Circuit Judges.

MEMORANDUM **

Victor Fuentes, a native and citizen of Honduras, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir.2003). We deny the petition for review.

The BIA did not abuse its discretion in denying Fuentes' motion to reopen as untimely, *see* 8 C.F.R. § 1003.2(c)(2), and Fuentes did not demonstrate that he was entitled to equitable tolling, *see Iturribarria*, 321 F.3d at 897.

Fuentes' contention that the BIA abused its discretion by making cursory statements is not supported by the record. We need not address Fuentes' remaining contentions.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.